**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| WILLIAM D. TURNER, | : | No. 330 EAL 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| TEMPLE INFECTIOUS DISEASE (OFFICE | : | |
| OF OPEN RECORDS), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of January, 2022, the Petition for Allowance of Appeal is

**DENIED**.